UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-CR-752 RLW |
| | ) | |
| TAYLOR D. JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This closed criminal matter is before the Court on self-represented Defendant Taylor D. James's unsigned letter (ECF No. 234) received on February 20, 2024. In the letter, Defendant asks "for permission to purchase a house while on supervised release." (Id. at 1.) The Court construes Defendant's letter as a pro se motion to modify the conditions of his supervised release to permit him to open a new line of credit.

Defendant's case was reassigned to this Court on March 24, 2023, following the retirement of the judge who presided in this case, the Honorable E. Richard Webber. The Court directed the United States Probation Office to investigate Defendant's request to modify his supervision conditions. The Probation Office prepared a special investigation letter (ECF No. 235) that states Defendant was ordered to pay restitution in this case of $152,613, and restitution of $160,818 in Docket No. 3:19CR30017-SMY in the U.S. District Court for the Southern District of Illinois. The Probation Office reports that Defendant has made only one $50 payment toward his restitution obligations. The special investigation letter, which was sent to Defendant, further states:

> Upon review of your financial disclosure documents, [you] have self-reported gross monthly wages of $8,000 and have approximately $16,000 in a retirement annuity. Based on this information, it appears you have sufficient income to make payments

> toward criminal monetary penalties and have not complied. It was also discovered that you opened/used an additional line of credit without the permission of the probation office and are operating a luxury vehicle. For these reasons, the U. S. Probation Office in the Eastern District of Missouri does not support this request to obtain a new line of credit.

(ECF No. 235 at 1.)

The Court will deny Defendant's motion to modify his supervised release conditions based on the information contained in the U.S. Probation Office's letter. This information shows Defendant has not established that the modification of supervised release conditions he requests is warranted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Taylor D. James's letter (ECF No. 234), construed as a pro se motion to modify the conditions of his supervised release, is **DENIED**.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this <u>8th</u> day of March, 2024.